# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LEVI S. LABUFF,<br><br>Defendant. | Case No. CR 02-102-GF-BMM<br>CR-03-03-GF-BMM<br>CR-03-83-GF-BMM<br><br>ORDER DISMISSING PETITION AND VACATING HEARING |

Upon motion of the Defendant, Levi S. Labuff, for an Order Dismissing the Petition for Summons for Offender Under Supervision, and Vacating Hearing, there being no objection from the Government:

IT IS HEREBY ORDERED that the Petition for Summons for Offender Under Supervision is hereby dismissed;

IT IS FURTHER HEREBY ORDERED that the hearing set for Tuesday, May 5, 2020, at 2:00 p.m. is VACATED.

DATED this 5th day of May, 2020.

_____
Brian Morris, Chief District Judge
United States District Court

1